CROSNER LEGAL, P.C.
Craig W. Straub (SBN 249032) (*Lead Counsel*)
Zachary M. Crosner (SBN 272295)
Chad A. Saunders (SBN 257810)
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (310) 510-6429
craig@crosnerlegal.com
zach@crosnerlegal.com
chad@crosnerlegal.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINHUI KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>Defendant. | Case No. 2:22-cv-08380-SB-PVC<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF DESIGNATION OF LEAD COUNSEL**<br><br>Judge: Hon. Stanley Blumenfeld Jr.<br>Courtroom: 6C<br><br>Complaint Filed:  October 6, 2020<br>SAC Filed:            March 30, 2023<br>Trial Date:             March 24, 2024<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to the Court's Standing Order and the Court's May 11, 2023 Order (ECF No. 46), Plaintiff Jinhui Kim designates Craig W. Straub of Crosner Legal, P.C. as lead counsel in this action.

Dated: May 12, 2023

CROSNER LEGAL, P.C.

By:     */s/ Craig W. Straub*
        CRAIG W. STRAUB

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (310) 510-6429
craig@crosnerlegal.com

*Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 12, 2023.

                                              *s/ Craig W. Straub*
                                              CRAIG W. STRAUB

CROSNER LEGAL, P.C.
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (310) 496-5818
Fax: (310) 510-6429
craig@crosnerlegal.com